IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JOSEPH MICHAEL MAY**                                                            **PLAINTIFF**

V.                      **CASE NO. 5:25-CV-5025**

**SHERIFF JAY CANTRELL**, Washington County, Arkansas;
**JOHN AND JANE DOE**,
Employees of Karas Correctional Health;
**JOHN AND JANE DOE, D-2 Officers**,
Washington County Deputies;
**DEPUTIES JOHN AND JANE DOE**,
Classification at the Washington County
Detention Center (WCDC);
**TENTON MARTIN #451, WCDC**; and
**KARAS CORRECTIONAL HEALTH, P.L.L.C.**                **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 42) filed in this case on August 25, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED** on this 12th day of September, 2025.

                                       */s/ Timothy L. Brooks*
                                       TIMOTHY L. BROOKS
                                       UNITED STATES DISTRICT JUDGE